UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTTING EDGE SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSTAINABLE LOW MAINTENANCE GRASS, LLC, et al.,<br><br>　　　　Defendants. | Case No.   14-cv-02770-WHO<br><br>**ORDER RE MOTION TO CHANGE TIME**<br><br>Re: Dkt. No. 20 |

Defendants ask the Court to grant them additional time to file their response to plaintiff's motion for a preliminary injunction, additional time to file their response or answer to the complaint, and to reset the hearing date on plaintiff's motion for a preliminary injunction until after the Court has ruled on defendants' motion for a stay (which is currently set for hearing on August 27, 2014).

The Court rules as follows:

Absent further order of the Court, defendants' response to the motion for a preliminary injunction is due July 30, 2014.  Plaintiff's reply is due by August 6, 2014.

Absent further order of the Court, defendants' response or answer to the Complaint is due by July 30, 2014.

The Court will not consider defendants' request to reschedule the hearing date on plaintiff's motion for a preliminary injunction until after plaintiff files its response to defendants' motion to change time.  Plaintiff's response to defendants' request to change the hearing date on the motion for preliminary injunction shall be filed by 12:00 pm on Monday July 21, 2014.

**IT IS SO ORDERED**.

Dated: July 15, 2014

WILLIAM H. ORRICK
United States District Judge