1  **Raymond N. Stella Erlach, SBN 056958**
   **LAW OFFICES OF**
2  **RAYMOND N. STELLA ERLACH**
   **275 Battery Street, Suite 2600**
3  **San Francisco, CA  94111**
   **Telephone:  (415) 788-3322**
4  **Facsimile:  (415) 788-8613**
   **E-mail:  rerlach@rayerlach.com**
5

   **Attorneys for Plaintiff**
6  **CUTTING EDGE SOLUTIONS, LLC**

7  **Kenneth R. Berman, Esq.**
   **NUTTER McCLENNEN & FISH LLP**
8  **155 Seaport Boulevard**
   **Boston, MA  02210**
9  **Telephone:  (617) 439-2000**
   **Facsimile:  (617) 310-9000**
10 **E-mail:  kberman@nutter.com**

11 **Attorneys for Defendants**
   **SUSTAINABLE LOW MAINTENANCE**
12 **GRASS, LLC, and TURF AND LANDSCAPE**
   **SOLUTIONS, LLC**
13

14                        UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16

17 | CUTTING EDGE SOLUTIONS, LLC,                         ) Case No. 14-cv-02770-WHO
18 |                            Plaintiff,                )
19 |                v.                                    ) **PARTIES' JOINT REPORT**
                                                          ) **ON PROGRESS WITH**
                                                          ) **SETTLEMENT DOCUMENTS**
20 | SUSTAINABLE LOW MAINTENANCE                          )
    | GRASS, LLC, a Florida limited liability             ) Parties' Report Due:  02/17/2015
21 | company;                                             ) Settlement Conference Date:  01/21/2015
    | TURF AND LANDSCAPE SOLUTIONS,                       ) Time:  9:30 a.m.
22 | LLC, a Massachusetts limited liability               ) Location:
    | company; and                                        ) Federal Building, Courtroom G, 15th Floor
23 | DOES 1 TO 10,                                        ) 450 Golden Gate Avenue
                                                          ) San Francisco, CA
24 |                            Defendants.               ) Before:
                                                          ) Hon. U.S. Magistrate Judge Joseph C. Spero

                                        Case No. 14-cv-02770-WHO
                                1   PARTIES' JOINT REPORT ON PROGRESS
                                    WITH SETTLEMENT DOCUMENTS

PARTIES' JOINT REPORT ON PROGRESS WITH SETTLEMENT DOCUMENTS

At the Mandatory Settlement Conference on January 21, 2015, the parties reached a binding settlement requiring implementation through settlement and release agreements and in a consent to use agreement.

As agreed, on January 30, 2015, defense provided a first draft of the documents pursuant to the agreed schedule, and on February 4, 2015, plaintiff provided a "redline" response.

Thereafter, the severe weather in Boston caused several unscheduled closings as well as interruptions in the business of defense counsel's offices, delaying progress on the documents. Defense will be responding to plaintiff's redline later this week; however, plaintiff's attorney will be traveling for the following two weeks until March 3, 2015.

The parties request a further progress report to the Court to be due March 13, 2015.

Respectfully submitted,

NUTTER McCLENNEN & FISH LLP

Dated: February 17, 2015

*K.R.Berman, by RNSErlach*
By Kenneth R. Berman,
Attorneys for Defendants
Sustainable Low Maintenance Grass, LLC, and
Turf and Landscape Solutions, LLC

LAW OFFICES OF
RAYMOND N. STELLA ERLACH

*Raymond N Erlach*

Dated: February 17, 2015

By Raymond N. Stella Erlach,
Attorneys for Plaintiff Cutting Edge Solutions, LLC

jpX5\P\C\S\progress.rpt

Dated: 2/20/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 14-cv-2770-WHO

## PROOF OF SERVICE BY U.S. MAIL AND E-MAIL

I, the undersigned, say:

I am a resident of the State of California and not a party to the within action; my business address is The Law Offices of Raymond N. Stella Erlach, 275 Battery Street, Suite 2600, San Francisco, California 94111.  February 17, 2015, I served the within:

**PARTIES' JOINT REPORT ON PROGRESS WITH SETTLEMENT DOCUMENTS**

on the interested parties in said action by e-mail and also by placing a true copy thereof enclosed in a sealed envelope addressed to each of the following:

**SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  February 17, 2015

Jennifer Pearl

jpX5\Pic\CES\proofem.ml

3

**Case No. 14-cv-02770-WHO**

**SERVICE LIST**

| | |
|---|---|
| By U.S. Mail: | With E-Mail To: |
| Kenneth R. Berman, Esq.<br>NUTTER McCLENNEN & FISH LLP<br>155 Seaport Boulevard<br>Boston, MA  02210 | kberman@nutter.com |
| Honorable Joseph C. Spero,<br>United States Magistrate Judge<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Federal Building<br>Courtroom G, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 | JCSPO@cand.uscourts.gov |